

26 P.3d 30

# SUPREME COURT OF HAWAI'I

**May 10, 2001**

| | | |
|---|---|---|
| 23549 | Doe, In re | Affirmed |

**May 16, 2001**

| | | |
|---|---|---|
| 22759 | Balanay, In re Estate of | Affirmed |

**May 22, 2001**

| | | |
|---|---|---|
| 22594 | State v. Brady | Affirmed |

**May 25, 2001**

| | | |
|---|---|---|
| 23488 | Doe, In re | Affirmed |

**May 30, 2001**

| | | |
|---|---|---|
| 22013 | State v. Vallente | Affirmed |

**May 31, 2001**

| | | |
|---|---|---|
| 23342 | State v. Pau | Affirmed |

**June 5, 2001**

| | | |
|---|---|---|
| 23412, 23413, 23414, 23415 | Doe (B. 5/19/94) John, In re; Doe (B. 4/01/91) John, In re; Doe (B. 2/03/97) Jane, In re; Doe Children, In re | Affirmed |
| 23604 | State v. Duckworth | Affirmed |
| 23277 | State v. Martin | Affirmed |

**June 7, 2001**

| | | |
|---|---|---|
| 23002 | State v. Broadhurst | Affirmed |
| 23602 | State v. Murakami | Affirmed |

**June 13, 2001**

| | | |
|---|---|---|
| 22797 | State v. Kane | Affirmed |

**June 28, 2001**

| | | |
|---|---|---|
| 23006 | State v. Ramirez | Affirmed |